UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
Stephen Benn,                              :
                                                       :
       Plaintiff,                         :
                                                       :
v.                                                    :
                                                       :     Case No. 1:14-cv-774
AbbVie Inc., and                          :
Abbott Laboratories, Inc.,            :
                                                       :
       Defendants.                    :
_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

    COMES NOW Stephen Benn, Plaintiff herein and, before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses his case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i).

Date:  February 24, 2014        Respectfully submitted,

        */s/ Trent B. Miracle*
        Trent B. Miracle, IL #6281491
        **SIMMONS, BROWDER, GIANARIS,**
        **ANGELIDES, & BARNERD, LLC**
        One Court Street
        Alton, IL 62002
        Tel. (618) 259-2222
        Fax (618) 259-2251
        Email: tmiracle@simmonsfirm.com

        and

        Benedict P. Morelli
        David Stuart Ratner
        David T. Sirotkin
        **MORELLI ALTERS RATNER LLP**
        950 Third Avenue
        11th Floor

New York, NY 10022
Tel. (212) 751-9800
Email: bmorelli@morellialters.com
Email: dratner@morellialters.com
Email: dsirotkin@morellialters.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2014, I electronically filed the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Trent B. Miracle*