# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Stephen Benn

                            Plaintiff,

v.                                                     Case No.: 1:14–cv–00774
                                                         Honorable James B. Zagel

AbbVie Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2014:

        MINUTE entry before the Honorable James B. Zagel: Pursuant to Plaintiff's Notice of Voluntary Dismissal [10], this matter is dismissed without prejudice. All pending motions are deemed moot. Status hearing set for 5/13/14 is stricken. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.